# EXHIBIT B

| Attorney or Party without Attorney:<br>Brandon Walker, Esq.<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Ave Suite 620<br>New York, NY 10019<br><br>*Telephone No:*   212-308-5858<br><br>*Attorney For:*   Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Southern District of New York | | |
| *Plaintiff:*   ALAN AARON, et al.<br>*Defendant:*   CHRISTINE HUNSICKER, et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:26-cv-00614-VM |
|---|---|---|---|---|

1. I, Ellenor Rios PS0984, Santa Clara , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Scott Callon as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; DOCKET TEXT: NOTICE OF CASE REASSIGNMENT

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 18, 2026, 4:58 pm PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
NO ANSWER AT THE DOOR ALL IS QUIET.

2) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 19, 2026, 6:16 pm PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
NO ANSWER AT THE DOOR THERE IS ONE LIGHT ON

3) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 20, 2026, 9:01 am PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
NO ANSWER

4) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 22, 2026, 11:39 am PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
NO ANSWER AT THE DOOR ALL IS QUIET NO ONE VISIBLE THE BLINDS ARE CLOSED.

5) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 23, 2026, 2:17 pm PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
No response at door

6) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Feb 24, 2026, 8:42 pm PST at 12598 Fredericksburg Drive, Saratoga, CA 95070
NO ANSWER AT THE DOOR ALL IS QUIET NO CARS THERE ARE LIGHTS IN THE FOYER.



| Attorney or Party without Attorney:<br>Brandon Walker, Esq.<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Ave Suite 620<br>New York, NY 10019<br><br>*Telephone No:*　212-308-5858<br><br>*Attorney For:*　Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Southern District of New York | | |
| *Plaintiff:*　ALAN AARON, et al.<br>*Defendant:*　CHRISTINE HUNSICKER, et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:26-cv-00614-VM |
|---|---|---|---|---|

6.　***Person Who Served Papers:***
　　a. Ellenor Rios (PS0984, Santa Clara)　　　　　　　　　　**d. *The Fee*** for Service was:
　　**b. FIRST LEGAL**
　　　2920 N. GREEN VALLEY PARKWAY, SUITE 514
　　　HENDERSON, NV 89014
　　c. (888) 599-5039

4.　***I declare under penalty of perjury that the foregoing is true and correct.***

| | |
|---|---|
| 03/08/2026 | |
| *(Date)* | *(Signature)* |

