AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  | ) |  |
| --- | --- | --- |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

## SUMMONS IN A CIVIL ACTION

## ADDENDUM

ALAN AARON, ALPINE MEMBERS LLC, ANANDA OM LLC, ANANTA-OM FOUNDATION LLC, ANDREW E. BECK III, CEDOMIR CRNKOVIC, DELTA MASTER II, L.P., DIVE MEMBERS LLC, FLYING VENTURES LLC, GB MEMBERS LLC, K. DAVID ISAACS, YALE B. ISAACS, VIJAY JAYANT, KCP CAPITAL LTD., KNAFEL FAMILY FOUNDATION, KUBERA VENTURE CAPITAL FUND I, LP, SANJAY MOTWANI, KRZYSZTOF NYZIO, PROSPECT INNOVATIONS, L.P. – FUND SERIES 2, ROCKSTREAM MEMBERS LLC, VALERIE RUBSAMEN, SA 1107 LLC, DEEPAK SHAMDASANI, SHANTI FAMILY TRUST LLC, SHANTI FAMILY TRUST EXEMPT LLC, SHANTI FAMILY TRUST NON EXEMPT LLC, DAVID SILVER, SOBESHA LIMITED, SRETNO LLC, JENNA LEE VOLKWYN, STEVEN SVEN VOLKWYN, LONDA WEISMAN, WHIRE MEMBERS LLC, MALCOLM D. WINTER, 2011 WILLIAM SCHERLIS FAMILY IRREVOCABLE TRUST, and THE 734 TRUST,

       Plaintiffs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: