B|E|S BRAGAR EAGEL & SQUIRE, P.C.

Lawrence P. Eagel
810 Seventh Avenue
Suite 620
New York, NY 10019
Tel: (212) 308-5888
eagel@bespc.com

Application GRANTED. The parties shall file a joint status letter on October 23, 2026.
SO ORDERED.
Dated: September 11, 2026

September 10, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**Re**: ***Aaron et al. v. Hunsicker et al.*****, No. 1:26-cv-00614 (VM) (SA)**
**Plaintiffs' Letter Motion for Further Extension of Time to File Joint Status Letter**

Dear Judge Aaron:

We write with respect to the Court's July 27, 2026, order granting Plaintiffs'[1] Letter Motion for Extension of Time to File Joint Status Letter.[2] Since the Court's order, Plaintiffs have conferred with the trustee for CaaStle's bankruptcy estate and entered into a stipulation to lift the stay provided for in the Bankruptcy Stay Order[3] effective October 23, 2026.[4] Under the terms of the stipulation, the stay shall cease to "have any effect with respect to the Investor Actions,[5] and [Plaintiffs] shall be permitted to take all actions necessary to litigate the Investor Actions beginning on that date."[6] On August 25, 2026, the Bankruptcy Court entered an order approving the stipulation in its entirety.[7]

---

[1] Alan Aaron, Alpine Members LLC, Ananda OM LLC, Ananta-OM Foundation LLC, Andrew E. (Trey) Beck III, Cedomir Crnkovic, Delta Master II, L.P., Dive Members LLC, Flying Ventures LLC, GB Members LLC, K. David Isaacs, Yale B. Isaacs, Vijay Jayant, KCP Capital Ltd., Knafel Family Foundation, Kubera Venture Capital Fund I, LP, Sanjay Motwani, Krzystof Nyzio, Prospect Innovations, L.P. – Fund Series 2, Rockstream Members LLC, Valerie Rubsamen, SA 1107 LLC, Deepak (Dan) Shamdasani, Shanti Family Trust LLC, Shanti Family Trust Exempt LLC, Shanti Family Trust Non Exempt LLC, David Silver, Sobsesha Limited, Sretno LLC, Jenna Lee Volkwyn, Steven Sven Volkwyn, Londa Weisman, Whire Members LLC, Malcolm D. Winter, 2011 William Scherlis Family Irrevocable Trust, and The 734 Trust.
[2] ECF No. 24.
[3] Unless otherwise indicated, all capitalized terms have the same definitions as given in Plaintiffs' Letter Motion for Extension of Time to File Joint Status Letter, ECF No. 23.
[4] *See* Exhibit A.
[5] The term "Investor Actions" refers to this action and the related matter *The Karen D. Barney Revocable Trust, et al. v. Cava Capital, LLC, et al.*, No. 1:26-cv-03374-VM-SA (S.D.N.Y.). *See* Exhibit A at 7. The stipulation provides for lifting of the stay with respect to both actions on October 23, 2026. *See id.* at 8.
[6] *Id.* at 8.
[7] *See* Exhibit B.

Accordingly, Plaintiffs respectfully request that the Court further extend the date to file a joint status letter outlining proposed next steps in this case until October 23, 2026. Plaintiffs' counsel has conferred with counsel for defendants Goldenberg, Singh, and Hennessy, and all are prepared to file a joint status letter on or before October 23, 2026, which shall include a date for the defendants' answer or response to the Complaint, among other things.

We appreciate Your Honor's time and consideration of these matters. Counsel is available to answer any questions the Court may have.

Sincerely,

*/s/Lawrence P. Eagel*
Lawrence P. Eagel

cc: Counsel of Record via ECF